No. 2396. Quiñones, Apelado, v. Panzardi & Co., Ape-

lante.—Corte de Distrito de Mayagüez. Resuelto en abril 30, 1923. No habiendo comparecido las partes a la audiencia cuyo señalamiento para el día de hoy se les notificó oportunamente para oir su manifestación en cuanto a la desestimación de la apelación por falta de instancia, se desestima el recurso por abandono.